## MOTION DOCKET

**86–1927.** State v. Morales. *Cuyahoga County,* No. 51566. On motion for delayed reinstatement of appeal. Motion denied.

F.E. SWEENEY, J., not participating.

**92–2565.** State v. Scudder. *Franklin County,* No. 91AP–506. On motions to vacate, to remand, and to reconsider denial of the motion to supplement. Motions denied.

DOUGLAS, J., would also order that a brief be filed.

**92–2628.** State v. Johnson. *Summit County,* No. 15065. On motion to hold briefing in abeyance. Motion denied.

**93–7.** State v. Williams. *Butler County,* Nos. CA91–04–060 and CA92–06–110. On motion to reconsider denial of motion to supplement. Motion denied.

RESNICK, J., dissents.

**93–632 and 93–633.** Zupancic v. Tracy. Board of Tax Appeals, Nos. 91–D–1450 and 91–D–1451. *Sua sponte,* these causes are consolidated.